**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RICHARD EDWARDS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:17-cv-01313** |
| | ) | |
| **ALL-DRY, INC., et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE NEWBERN** |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is a Joint Motion for Approval of FLSA Settlement (Doc. No. 34). The Court has reviewed the Settlement Agreement and Release of Wage and Hour Claims (Doc. No. 37-1) entered into by the parties. The Court finds the Settlement Agreement to be a fair and reasonable compromise of the parties' disputed claims. Accordingly, the Joint Motion for Approval (Doc. No. 34) is **GRANTED,** and the Settlement Agreement is **APPROVED.**

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE