IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD EDWARDS, )<br>Individually and on behalf of others )<br>similarly situated, )<br>  ) <br>Plaintiff, ) <br>  )<br>v. )<br>  )<br>ALL-DRY, INC. et al, )<br>  )<br>Defendants. ) | NO. 3:17-cv-01313<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE NEWBERN |

## ORDER

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. No. 40), indicating that all matters in dispute have been resolved. Accordingly, this case is **DISMISSED**, with prejudice. The Clerk is directed to close the file.

This order shall constitute the final judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR
UNITED STATES DISTRICT JUDGE